**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02666-REB-BNB

CPN II OWNERS ASSOCIATION, INC.,

    Plaintiff,

v.

CHERYL A. MOSS,
FIRSTBANK OF TECH CENTER,
DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE,
STATE OF COLORADO - DEPARTMENT OF REVENUE, and
GEORGE KENNEDY, as Public Trustee of Douglas County Colorado,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss** [#7][1] filed November 3, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#7] filed November 3, 2011, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE**.

Dated November 4, 2011, at Denver, Colorado.

                          **BY THE COURT:**

                          */s/ Robert E. Blackburn*
                          Robert E. Blackburn
                          United States District Judge

---

[1] "[#7]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.